*Rung 5/23*  
*# 193229*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

<u>Unclaimed Dividends/Distribution Less Than $5.00 For Deposit To Registry Fund</u>

Debtor: <u>Harry Andrew Alexander & Shirley Ann Alexander</u>

Chapter 7 Case No. <u>10-60739</u>

Please Check One:

☐ 1  Unclaimed Dividends

x 2  Distribution Less Than $5.00

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| CentraCare Clinic<br>1200 6th Avenue N.<br>St. Cloud, MN 56303 | 4 | $14.87 | $1.37 |

Date: <u>May 19, 2011</u>

/e/ Gene W. Doeling  
Trustee Gene W. Doeling  
P.O. Box 423  
Fargo, ND 58107  
701.232.8757